| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____

Chapter you are filing under:
- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this an amended filing

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy  12/15

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Identify Yourself

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| **1.** | **Your full name** Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | **Bresshenda** <br> First name <br><br> _____ <br> Middle name <br><br> **Crudup** <br> Last name and Suffix (Sr., Jr., II, III) | _____ <br> First name <br><br> _____ <br> Middle name <br><br> _____ <br> Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years** Include your married or maiden names. | **Bresshenda S Crudup** | |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx-xx-9880** | |

Debtor 1  **Bresshenda Crudup**                                    Case number *(if known)*

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

■ I have not used any business name or EINs.

_____
Business name(s)

_____
EINs

☐ I have not used any business name or EINs.

_____
Business name(s)

_____
EINs

**5. Where you live**

**7611 S. Perry Ave**
**Chicago, IL 60620**
Number, Street, City, State & ZIP Code

**Cook**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number, Street, City, State & ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■  Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐  I have another reason.
    Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☐  Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐  I have another reason.
    Explain. (See 28 U.S.C. § 1408.)

Debtor 1    **Bresshenda Crudup** _____     Case number *(if known)* _____

| Part 2: | **Tell the Court About Your Bankruptcy Case** |

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010))*. Also, go to the top of page 1 and check the appropriate box.

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.
- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).
- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ■ No.
- ☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ■ No
- ☐ Yes.

Debtor _____  Relationship to you _____
District _____  When _____  Case number, if known _____
Debtor _____  Relationship to you _____
District _____  When _____  Case number, if known _____

**11. Do you rent your residence?**

- ■ No.  Go to line 12.
- ☐ Yes.  Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?
  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

### Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.  Go to Part 4.

☐ Yes.  Name and location of business

Name of business, if any

Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

■ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

### Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.
☐ Yes.

What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property?

Number, Street, City, State & Zip Code

Debtor 1  **Bresshenda Crudup** _____  Case number *(if known)* _____

| Part 5: | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **15. Tell the court whether you have received a briefing about credit counseling.**<br><br>The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.<br><br>If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again. | *You must check one:*<br><br>■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of:**<br><br>☐ **Incapacity.**<br>I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.**<br>My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.**<br>I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court. | *You must check one:*<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br><br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of**:<br><br>☐ **Incapacity.**<br>I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.**<br>My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.**<br>I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

Debtor 1 **Bresshenda Crudup**     Case number *(if known)* _____

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ No. Go to line 16b.
- ☒ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.
- ☐ No. Go to line 16c.
- ☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts
_____

**17. Are you filing under Chapter 7?**
- ☐ No. I am not filing under Chapter 7. Go to line 18.
- ☒ Yes. I am filing under Chapter 7.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**
- ☒ No
- ☐ Yes

**18. How many Creditors do you estimate that you owe?**
- ☒ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**19. How much do you estimate your assets to be worth?**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☒ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☒ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Bresshenda Crudup**
_____  _____
**Bresshenda Crudup**                      Signature of Debtor 2
Signature of Debtor 1

Executed on **June 13, 2016**             Executed on _____
MM / DD / YYYY                             MM / DD / YYYY

Debtor 1    **Bresshenda Crudup**                                                  Case number *(if known)*

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ George M. Vogl, IV ARDC #**                        Date   **June 13, 2016**
Signature of Attorney for Debtor                                MM / DD / YYYY

**George M. Vogl, IV ARDC #**
Printed name

**Ledford, Wu & Borges, LLC**
Firm name

**105 W. Madison**
**23rd Floor**
**Chicago, IL 60602**
Number, Street, City, State & ZIP Code

Contact phone   **312-853-0200**                    Email address   **notice@billbusters.com**

**6273590**
Bar number & State

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Bresshenda Crudup**  
Debtor(s)

Case No.  
Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept                                $ **0.00**
   Prior to the filing of this statement I have received                      $ **0.00**
   Balance Due                                                                $ **0.00**

2. $ **335.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Exemption planning; preparation and filing of Chapter 7 bankruptcy petition (without the required summary, schedules and statements).**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions or any other adversary proceeding; conversion from one chapter to another; and reopening of a closed case. In a Chapter 7 case: jusicial lien avoidance, amending a petition, list, schedule or statement post-filing not due to Attorney's fault, attending additional creditors' meetings due to client's failure to attend the meeting without a good reason and prior notice**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **June 13, 2016** | **/s/ George M. Vogl, IV ARDC #** |
| *Date* | **George M. Vogl, IV ARDC # 6273590** |
| | *Signature of Attorney* |
| | **Ledford, Wu & Borges, LLC** |
| | **105 W. Madison** |
| | **23rd Floor** |
| | **Chicago, IL 60602** |
| | **312-853-0200   Fax: 312-873-4693** |
| | **notice@billbusters.com** |
| | *Name of law firm* |

# BILLBUSTERS
## Ledford, Wu and Borges, LLC
Attorneys at Law

105 W. Madison, 23rd Floor, Chicago, IL 60602
(312)853-0200  Fax: (312)873-4693

## CONSULTATION AGREEMENT

| FOR OFFICE USE |
| --- |
| Client No. 17351 |
| Interviewing Attorney: |
| Date: 4-5-16 |

### THIS AGREEMENT IS REQUIRED BY FEDERAL LAW (11 U.S.C. § 528(a))

1. **Parties**: In this contract, "Client" means the undersigned, both individually and jointly; "Attorney" means the law firm of Ledford, Wu & Borges, LLC and its staff attorneys.

2. **Purpose**: Client has requested the opportunity to consult with and obtain information and advice from Attorney concerning options for relief from debts, which may include filing bankruptcy. This agreement is for purposes of that consultation only.

3. **Client's Duties**: In order for Attorney to give meaningful advice, Client agrees to give accurate, honest, full and fair disclosure of financial information concerning income over the past three years from all sources, monthly living expenses, the type and amount of all debts (including names and addresses of all creditors), all assets and property owned by the client, wherever located and by whomever held, and any additional information determined by Attorney to be relevant.

4. **Services**: The attorney agrees to provide Client with the following services:

   a. analyzing Client's financial circumstances based on information provided by Client;

   b. to the extent possible, advising Client of bankruptcy options and non-bankruptcy options based on the information provided by Client;

   c. if Client has not provided Attorney with sufficient information upon which to fully advise Client on Client's options, informing Client what additional information Client needs to provide in order to enable Attorney to provide such advice and information;

   d. where applicable, advising Client of the requirements placed upon Client to file a bankruptcy; and

   e. to the extent possible, quoting a fee for providing bankruptcy and/or nonbankruptcy assistance to Client

5. **Fees (check one)**:

   ☑ A consultation fee will be waived if Client decides not to retain Attorney, in which case the attorney-client relationship shall terminate at the conclusion of the interview

   ___ Client agrees to pay $_____ in nonrefundable consultation fee

In the event Client decides to retain Attorney, this consultation becomes billable and is covered by the legal fee charged for the case, and a new written contract, as well as a Court-Approved Retention Agreement if applicable, must be signed by Client and Attorney, which shall supersede this agreement. The new agreement(s) will also provide a detailed explanation of the parties' obligations and a breakdown of the costs.

6. **Acknowledgement**: Client acknowledges that the first date upon which Attorney provided any bankruptcy assistance to Client is the date noted above, and that Attorney provided Client with a copy of this agreement and the disclosure and information mandated by Section 527(b) of the Bankruptcy Code.

X _____  X _____  Date: 4/15/16

Attorney Signature: _____ ARDC #: 6273590

Copyright © 2015 Ledford, Wu & Borges, LLC

**LEDFORD, WU & BORGES, LLC**
105 W. Madison, 23rd Floor, Chicago, IL 60602
(312)853-0200  Fax: (312)873-4693

## ATTORNEY RETENTION CONTRACT

FOR OFFICE USE (7)
Client No. 67351
Responsible attorney: GMV

1. **Parties.** In this contract, "Client" means the undersigned, both individually and jointly; "Attorney" means the law firm of Ledford & Wu and its staff attorneys. This contract shall supersede any prior contracts and agreements between the parties to the extent of any inconsistency.

2. **Services and Fees:** Client retains Attorney for the following services:
   ☒ Chapter 7 (prepetition service only): $ 495 —       PLUS $335 filing fee (court cost)
   Client retains Attorney for the sole purpose of preparing and filing a Chapter 7 bankruptcy petition (without the required summary, schedules and statements). Attorney's duty to further counsel and represent Client ends, and the attorney-client relationship is terminated, at the end of the first week after commencement of the case, unless the parties enter into a separate retention contract for postpetition services within that period. If no such contract is executed, Attorney may file a motion to withdraw from the case.
   ☐ Chapter 7 (service through discharge): $_____ PLUS $335 filing fee (court cost)     + 335 —
   TOTAL: $ 495 —   less retainer received: $  50 —    Fee balance: $ 445 —   To be paid by: _____
   The legal fee is an ☒ advance payment retainer  ☐ security retainer  ☐ classic retainer, and is a flat fee unless otherwise stated. Attorney is unable to represent Client without receiving an advance payment retainer since a security retainer will be within the reach of Client's creditors. Should hourly billing be necessary, Attorney's billing rates are $300-$350/hour for senior partners, $250/hour for junior partners and associates, and $90/hour for law clerks. The filing fee and expenses are subject to change at any time. The billing rates are subject to an annual review and potential increase every calendar year.
   The legal fee covers the initial consultation and all subsequent work. All fees required in this section are to be paid in full before filing. The case may be closed if the fees are not paid by the deadline. Additional legal fees and court costs may apply, and a separate contract may be required, in the event of conversion from one chapter to another, amending a petition, list, schedule or statement post-filing not due to Attorney's fault, attending additional creditors' meetings, reopening of a closed case, unnecessary work caused by Client's delay, or any other fact not known to Attorney in writing at the time of the initial consultation that complicates the case. NSF checks will be assessed a $20 fee.

3. **Scope of Representation:**
   (a) Attorney will counsel and represent Client in all aspects of the above matter(s) EXCEPT: (1) adversary proceedings; (2) § 722 redemption; (3) judicial lien avoidance; (4) post-discharge litigation; (5) appeals; (6) other: _____
   (b) Attorney may agree, but is not obligated, to represent Client in the above excluded matters for an additional fee, to be agreed upon separately by the parties.

4. **Initial Consultation.** Client acknowledges that Attorney has explained the following (please initial):
   X BC  The options of Chapter 7 and Chapter 13 and that Client has made the choice identified in Paragraph 2
   X BC  The concepts of exemption, discharge and dischargeability, and pre-filing and post-filing procedures
   X BC  The difference among various types of retainer and that Client has made the choice identified in Paragraph 4
   X BC  TIME IS OF THE ESSENCE. Any delay on Client's part may disqualify Client for the type of relief elected or otherwise adversely affect Client's case. Attorney may not be able to file the case, or take other necessary actions, until all requested documents and/or information, including but not limited to a certificate of credit counseling, are received by Attorney
   _____  Other (specify): _____
   Client understands that the advice given during the initial consultation is preliminary and based on the information available at the time, and may change as the case is further analyzed, more facts discovered, or Client's circumstances or the law changed.

5. **Client's Duties.** Client agrees, during the course of representation, to:
   (a) provide Attorney with full, accurate and timely information, financial and otherwise;
   (b) follow Attorney's procedures and cooperate with Attorney in providing requested documents;
   (c) promptly inform Attorney of any change of address, phone number, e-mail address or employment, or activation of military duty;
   (d) inform Attorney before buying, selling, refinancing or transferring any real property in which Client has any interest, and before incurring any new debt, including but not limited to applying for an auto loan, personal loan, payday loan or title loan, applying for a credit card or line of credit, or using an existing credit card or line of credit; and
   (e) promptly inform Attorney if Client becomes entitled to an inheritance, an asset as a result of a property settlement agreement with Client's spouse or a divorce decree, life insurance proceeds, or a monetary judgment, award or settlement.

6. **Co-counsel.** Client understands that more than one attorney may work on this case. Where necessary, Client agrees to employ one or more of the following outside counsel, at Attorney's expense, to work on this case: Kathleen W. Vaught, Kelly M. Johnson, Wayne J. Skelton, Christina Banyon, David Hall Carter, and _____.

7. **Termination.** Client may discharge Attorney at any time, subject to payment of any fee owed for the services already rendered. Attorney may terminate the representation as permitted by the Illinois Rules of Professional Conduct and Local Bankruptcy Rules. Any flat fee for a bankruptcy case is advance payment for future services, becomes Attorney's property upon receipt, and is nonrefundable upon filing of the petition. In the event the representation is terminated by either party before filing and Client has paid Attorney more than $300, Attorney will provide Client with a detailed itemization of the services rendered in support of any fee charged at the rate set forth in Paragraph 4, Client will reimburse Attorney for any expenses, including those that otherwise would be free of charge, and Client authorizes Attorney to apply the filing fee and any payment for expenses that have not been incurred towards the attorney's fee, subject to the requirements set forth herein.

X _____  X _____  Date: 4 / 5 / 16
Attorney signature: _____  ARDC # _____

Copyright © 2015 Ledford, Wu & Borges, LLC

# BILLBUSTERS
## Ledford, Wu and Borges, LLC
### Attorneys at Law

105 W. Madison, 23rd Floor, Chicago, IL 60602
(312)853-0200  Fax: (312)873-4693

## CREDIT REPORT REQUEST AUTHORIZATION & DISCLAIMER

I/we hereby request and expressly authorize the law firm of Ledford, Wu & Borges, LLC. to obtain a merged, multi-bureau credit report (joint if applicable) on my/our behalf. I understand that:

1. The cost of this credit report will be paid by Ledford, Wu & Borges, LLC. and that I will not be responsible for any additional fees for obtaining this report.

2. That Ledford, Wu & Borges, LLC. is not a credit reporting agency and does not compile credit reports. All information contained in the credit reports is compiled by the credit reporting agencies.

3. That the release of the credit report is subject to the requirements of the credit reporting agencies.

4. That the credit report will not necessarily include every creditor that I owe and that I have an obligation to provide my attorneys with all of my creditors.

5. That my attorneys cannot neither guarantee nor has control over the accuracy or completeness of the information contained in my credit report.

6. That my attorneys have no duty to search beyond the credit report for any of my creditors.

7. That I/we bear the ultimate responsibility to ensure that all of my/our creditors are listed on my/our bankruptcy petition and schedules.

8. If, due to no fault of my attorneys, I/we need to add creditors or correct creditor information after my/our case is filed with the Bankruptcy Court, then I will pay the additional legal fees and/or court costs according to the Attorney Retention Contract.

Signed: _____  Date: 4.5.16

Signed: _____  Date: _____



Account Number _____  Attorney Name _____

## CIN LEGAL DATA SERVICES' CONSUMER AUTHORIZATION AND RELEASE FORM

I hereby instruct and authorize CIN Legal Data Services, a CINgroup company ("CIN"), to do the following (please check all that apply):

☐ **Consumer Liability Report (CLR™):** Obtain my personal credit profile from Equifax, Experian and/or TransUnion, in order to confirm my identity and avoid fraudulent transactions in my name; compile, merge, and summarize data and data elements contained in my credit profile in order to present it in the bankruptcy-specific format of the Consumer Liability Report ("CLR") product; provide the CLR and any products created therefrom to my Attorney via CIN's internet portal or other secure electronic means for Attorney's use in performing due diligence and verification of my debts pursuant to the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005; make data elements of the CLR available for electronic import into Attorney's bankruptcy forms preparation software program or automated bankruptcy filing system; and provide a copy of the CLR to me via electronic posting to my secure account on the myHorizonToday™ Web Site and/or US Mail to the primary address listed within my credit profile.

☐ **myHorizon™ Credit Monitoring Program, 3-Month or 12-Month Subscription:** Monitor my Experian and/or TransUnion credit file on a daily basis in order to provide credit monitoring, credit scoring, and/or credit score monitoring and tracking products to me via email, instant message, and/or text message.

☐ **Post Discharge Consumer Liability Report (PDCLR™):** Obtain my personal credit profile from Equifax, Experian, and/or TransUnion after the discharge or confirmation of my bankruptcy case in order to confirm my identity and avoid fraudulent in my name; compile, merge, and summarize data and data elements contained in my credit profile and present them in the format of the Post-Discharge Consumer Liability Report ("PDCLR") product; provide a copy of the PDCLR to my bankruptcy attorney via CIN's internet portal or other secure electronic means; and provide a copy of the PDCLR to me via electronic posting to my secure account on the myHorizonToday™ Web Site and/or US Mail to the primary address listed within my credit profile.

This authorization is intended to constitute a consumer's written instructions requesting his/her own credit report as set forth in Section 604(a) of the Fair Credit Reporting Act ("FCRA"; codified at 15 U.S.C. §1681 et. seq.). I specifically authorize the national credit repositories to provide CIN with all medical information that may be contained within my consumer credit file. I have provided photo identification to my Attorney to verify my identity, a copy of which is attached hereto. I acknowledge that the FCRA places no restrictions on how a consumer may utilize or share his/her own credit report that is ordered at his/her written instructions. I also acknowledge that the FCRA provides that anyone who knowingly and willfully obtains information under false pretenses shall be fined under Title 18, or imprisoned for not more than one year, or both. I acknowledge that the CLR™, PDCLR™, and Credit Monitoring products ("the Products") are provided "AS IS" and that CIN makes no representation or warranty, express or implied, with respect to the accuracy, validity, or completeness of the Products, or to their fitness for any particular purposes. I hereby release CIN and CIN's parent, sister, and affiliated companies, successors and assigns; and its and their directors, officers, agents, employees, and independent contractors (collectively, "CIN's Affiliates") from liability for any negligence in connection with the preparation of the Products; and from any losses, damages, expenses, costs or obligations of any kind and nature whatsoever suffered by me resulting directly or indirectly from the inaccuracy, invalidity, incompleteness, delivery, or non-delivery of Product(s) or any portion or data element thereof. I acknowledge that when creating the Products, CIN may access my credit profile as maintained by Equifax, Experian, and TransUnion; any one of these credit bureaus; or any combination of two or more of these credit bureaus. I understand that any time CIN obtains my credit profile from one or more of these credit bureaus, a "hard inquiry" will be placed on my credit record. I acknowledge that not all of the data contained in my credit record as maintained by Equifax, Experian, and TransUnion will appear on the CLR™ or PDCLR™ products. I specifically acknowledge that neither the CLR™ nor the PDCLR™ will contain any calculation of or data on my current credit score. I acknowledge that CIN's myHorizon™ Credit Monitoring Program will provide me with the daily notifications ("Alerts") of changes that are made to my credit report as maintained by Experian and/or TransUnion; that Alerts can be delivered to me via email or SMS text message; that standard text messaging rates will apply to each text message sent or received as provided in my wireless rate plan; and that I can set up my preferences through my secure account at the myHorizonToday™ Web Site. I agree that if one or more provisions of this document are held for any reason to be invalid, illegal, or unenforceable, the remaining provisions of this document will be unaffected, and this document will be construed as if such provision(s) had not been contained herein.

---

FAX FORM WITH PHOTO ID COPIES FOR PRIMARY APPLICANT AND CO-APPLICANT TO 866-307-1005

Date: _____  Date: _____
Primary Applicant Name: _____  Co-Applicant Name: _____
Primary Applicant SS#: _____  Co-Applicant SS#: _____
Primary Applicant Signature: *[signed]*  Co-Applicant Signature: _____

Primary Applicant  Co-Applicant

Please attach Photo ID  Please attach Photo ID

**BILLBUSTERS**
Ledford, Wu and Borges, LLC
Attorneys at Law
Giving Consumers a Fighting Chance!

**CHAPTER 7 DISCLAIMER**

I/We have retained Ledford, Wu & Borges, LLC. to represent me/us in a Chapter 7 bankruptcy case. I/We hereby acknowledge that my attorneys have advised me/us of the following:

**1. The following types of debt, including interest and penalty, are or may be non-dischargeable in Chapter 7:**

- ____ Federal & State Income Taxes
- ____ Debt incurred by fraud, defalcation, embezzlement or larceny
- ____ Overpayment of governmental benefits due to fraud
- ____ Debt incurred within 90 days prior to filing for Chapter 7
- ____ Unlisted debt that is known of at the time of filing
- ____ Domestic support obligations including child support arrears, alimony and guardian ad litem fees
- _BC_ Debt caused by a willful and malicious injury to another
- _BC_ Governmental fines and penalties (including parking tickets, traffic tickets, red light violations and toll violations)
- ____ Student loans, educational loans and/or tuition
- ____ Criminal Restitution
- ____ Debt that was or could have been listed in a prior bankruptcy where discharge was either denied or waived
- ____ Debt incurred as a result of injury or death due to driving under the influence (DUI)
- ____ Debt incurred to pay a nondischargeable tax
- ____ Debt incurred under a property settlement during a divorce
- ____ Condominium or Homeowners Association dues that come due after the Chapter 7 is filed but before title of the property is transferred to another party
- ____ Outstanding court costs owed
- ____ Other: _____

**2. Any asset with a value exceeding the exemption limit may be taken by the Chapter 7 Trustee and liquidated (sold), including but not limited to:**

- ____ Home equity exceeding $15,000 per titleholder who is filing for Chapter 7 protection
- ____ Any equity in real estate that is not the principal residence of the titleholder
- ____ Equity in one motor vehicle that is the principal mode of transportation exceeding $2,400
- ____ Any equity in a motor vehicle that is not the principal mode of transportation
- ____ Any personal property not otherwise exempt where the cumulative value exceeds $4,000
- ____ Any wearing apparel that is not reasonably necessary
- ____ Any cash value in whole life insurance that is not otherwise exempt
- ____ Any non-retirement financial assets exceeding the cumulative personal property exemption of $4,000
- ____ Any office equipment, business equipment, tools and other property used for employment exceeding $1,500 per owner
- ____ Any claim or right to sue for money damages caused by a personal injury exceeding $15,000
- ____ Any claim or right to sue for money damages for any other non-exempt legal action
- ____ Any claim to collect past due wages, commissions or other ordinary income up to 15% of the amount due
- ____ Other: _____

3. _BC_ Prior to filing this Chapter 7, a judgment may become a lien that gets attached to my property. I/We may not be able to have that lien removed in bankruptcy or there may be additional fees to remove that lien in bankruptcy.

4. ____ Throughout this Chapter 7, my attorneys owes a duty of care or loyalty only to me/us. My bankruptcy may adversely affect a co-owner's property interest, a cosigner's credit or subject a cosigner to collection efforts.

5. ____ The court may dismiss my Chapter 7 or require conversion to a Chapter 13 bankruptcy either because a presumption of abuse arises or the court determines that I/we have the ability to repay a significant portion of my/our debt. In the event of conversion, additional fees for a Chapter 13 bankruptcy may apply.

6. ____ The Chapter 7 Trustee may try to recover any payments made within the one year prior to filing for bankruptcy to friends, family members, insiders or other unsecured creditors.

7. ____ The Chapter 7 Trustee may try to invalidate and vacate any transfers of property, real or personal, made within the four years prior to filing for bankruptcy.

8. ____ Filing a Chapter 7 bankruptcy will not transfer title to any real estate being surrendered. In order for title to transfer, either a sale, foreclosure, short sale or deed in lieu of foreclosure must be completed outside of bankruptcy.

The above having been explained and understood, I direct my attorneys to proceed with filing my Chapter 7 bankruptcy case and will hold my attorneys harmless for the consequences thereof. I/we understand that any attempt to transfer, hide or conceal any asset may subject me/us to civil and/or criminal penalties.

X _[signature]_     X _____     Date 4.5.16

# BILLBUSTERS
## Ledford, Wu and Borges, LLC
### Attorneys at Law

105 W. Madison, 23rd Floor, Chicago, IL 60602
PH (312) 853-0200  FX (312) 873-4693

# CHAPTER 7 PRE-FILING PAYMENT INSTRUCTIONS

## ATTORNEY FEES:

For payment on the legal fee, we accept cash*, personal checks, debit cards, money orders or cashier's checks (payable to "**Ledford, Wu & Borges**"). We cannot accept any credit cards.

Retainer of $ _50-_ paid on _4/5_

Payment of $ _225-_ due on _call in Friday_

Payment of $ _220- +docs_ due on _4/285 @ 9 am_

Payment of $ _____ due on _____

## COURT COSTS:

A. Payment of the **$335.00** filing fee (court cost) must be a separate payment made in ***cash, money order or cashier's check only***, payable to "**LWB Court Costs**." We CANNOT accept a personal check for the filing fee.

Court Costs Payment due by _5/16 9_ _@ 9 am_

Please contact our office at least 48 hours in advance to schedule an appointment to make this payment.

Both the attorney fees and court costs payments must be paid by _____ or your case may be closed and additional fees may be required.

Please include your last name and client number on all payments!

Failure to follow these instructions will delay the filing of your case!

*Cash payments must be made in person and you must wait for a receipt for all cash payments.

```
Cap1/mnrds
26525 N Riverwoods Blvd
Mettawa, IL 60045


Chase
Attn: Correspondence Dept
Po Box 15298
Wilmington, DE 19850


Chase
Attn: Correspondence Dept
Po Box 15298
Wilmington, DE 19850


Chase
Po Box 15298
Wilmington, DE 19850


Citibank North America
Citicorp Credit Srvs/Centralized Bankrup
Po Box 790040
Saint Louis, MO 63179


Citibank/The Home Depot
Citicorp Credit Srvs/Centralized Bankrup
Po Box 790040
Saint Louis, MO 63179


K3 Termnl Cu
1370 West Court St
Kankakee, IL 60901


Peoples Gas
200 E Randolph St
20th Floor
Chicago, IL 60601


Quicken Loans
1050 Woodward Avenue
Detroit, MI 48226


Springleaf Financial S
601 Nw 2nd St
Evansville, IN 47708
```

```
Synchrony Bank
Po Box 103104
Roswell, GA 30076


Synchrony Bank/Amazon
Attn: Bankruptcy
Po Box 103104
Roswell, GA 30076


Synchrony Bank/Care Credit
Attn: bankruptcy
Po Box 103104
Roswell, GA 30076


Synchrony Bank/TJX
Attn: Bankruptcy
Po Box 103104
Roswell, GA 30076


Visa Dept Store National Bank
Attn: Bankruptcy
Po Box 8053
Mason, OH 45040
```